UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61849-RS

MITCHELL WELLER,
*individually and on behalf of all others similarly situated*,

  Plaintiff,

vs.

ENVISION PHYSICIAN SERVICES, LLC,

  Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Mitchell Weller, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed **without** prejudice.

Dated: October 9, 2020

            Respectfully submitted,

            **HIRALDO P.A.**

            */s/ Manuel S. Hiraldo*
            Manuel S. Hiraldo
            Florida Bar No. 030380
            401 E. Las Olas Boulevard
            Suite 1400
            Ft. Lauderdale, Florida 33301
            Email: mhiraldo@hiraldolaw.com
            Telephone: 954.400.4713

            *Counsel for Plaintiff*