**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-61849-CIV-SMITH

MITCHELL WELLER, individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

ENVISION PHYSICIAN SERVICES, LLC,

      Defendant.
_____/

<u>**ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE**</u>

This matter is before the Court on the Notice of Voluntary Dismissal without Prejudice [DE 11] filed by Plaintiff Mitchell Weller. Accordingly, it is

**ORDERED that:**

1. This matter is **DISMISSED without prejudice**.

2. All motions not otherwise ruled upon are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of October 2020.

                                                        RODNEY SMITH
                                                        UNITED STATES DISTRICT JUDGE

cc:    All counsel of record